IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KEITH L. CARNES,<br><br>                Defendant. | Case No. 16-MJ-00154-JTM |

## MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its undersigned counsel, and moves this Court for a continuance of the Detention Hearing for defendant KEITH L. CARNES, pursuant to 18 U.S.C. § 3142(f). A continuance of three days is requested.

                Respectfully,

                Tammy Dickinson
                United States Attorney

      By    */s/ William A. Alford III*

                William A. Alford III
                Assistant United States Attorney

                Charles Evans Whittaker Courthouse
                400 East 9th Street, Fifth Floor
                Kansas City, Missouri 64106
                Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 1, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

*/s/ William A. Alford III*
William A. Alford III
Assistant United States Attorney