IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.   Case No.   16-0154JTM

KEITH L. CARNES

AUSA: Trey Alford
Defense Atty.: None

| JUDGE: | **John T. Maughmer** U. S. Magistrate Judge | DATE/TIME: | **September 12, 2016 2:00pm – 2:30pm** |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Courtney Pierce/Tim Hair |

1ST APPEARANCE COMPLAINT

( x )   Warrant issued               ( x )   Custody Assumed

Date Complaint filed:   September 12, 2016

Place:   Kansas City, Missouri

Defendant advised:

1. Of the charge in the complaint and the contents of the affidavit;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if unable to obtain counsel;
4. Of his/her right to a preliminary examination (including nature and scope) and of his/her right to waive same; and
5. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he is a flight risk or a danger to persons or the community.

( x )   Preliminary examination set for **Thursday, September 15, 2016, at 9:30 a.m.**

BAIL

( x )   Bail not set;   Motion for detention hearing and for continuance of hearing filed by Government.
( x )   Motion for pretrial detention hearing and for continuance of hearing granted; defendant temporarily detained pending detention hearing set for **Thursday, September 15, 2016, at 9:30 a.m.**

COUNSEL

( x )   On September 12, 2016, defendant sworn and examined as to his/her financial ability to employ counsel.   Information recorded on Affidavit of Financial Status.
( x )   Federal Public Defender appointed.