IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.   Case No.   16-00154JTM-1

KEITH L. CARNES

AUSA:   Trey Alford, Special
Defense Atty.:   Todd M. Schultz, AFPD

| JUDGE: | **John T. Maughmer** U. S. Magistrate Judge | DATE/TIME: | **September 15, 2016** 9:32 - 9:40 a.m. |
|---|---|---|---|
| DEPUTY CLERK | LaTandra Wheeler | TAPE/REPORTER | FTR/LKW |
| INTERPRETER | NONE | PRETRIAL/PROB: | Timothy M. Hair |

## Clerk's Minutes
DETENTION AND PRELIMINARY HEARING

DETENTION HEARING:   Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x )   Parties stipulate to the factual contents of the Pretrial Services Report as being the direct testimony of Pretrial Services Officer Timothy M. Hair.
( x )   Neither party presents evidence.
( x )   Arguments presented.
( x )   Defendant makes a proffer.

Based on the information before the Court, the defendant does not contest detention at this time.

( x )   The Court found reason to believe that no condition or combination of conditions of release would reasonably assure:

   ( x )   the appearance of the defendant
   ( x )   the safety of any other person or persons and the community
   ( x )   DEFENDANT ordered detained without bail pending trial
   ( x )   Written DETENTION ORDER to be forthcoming


PRELIMINARY EXAMINATION

( x )   Preliminary examination held.
      ( x )   Government presents evidence and calls witness(es): Task Force Officer Frank Rorabaugh for cross-examination.

( x ) Probable cause established; defendant bound over to U.S. District Court for grand jury action or other proceedings.

( x ) Defendant remanded to custody of U.S. Marshal.