IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KEITH L. CARNES,<br><br>                  Defendant. | Crim. No. 16-00301-01-CR-W-DGK<br>Crim. Complaint No. 16-MJ-00154-REL |

## MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now William A. Alford, III, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on September 1, 2016, before United States Magistrate Judge John T. Maughmer, at Kansas City, Missouri, charging the defendant with violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

/s/William A. Alford, III
William A. Alford, III
Assistant United States Attorney
Narcotics & Violent Crimes Unit

## O R D E R

IT IS HEREBY ORDERED that the Motion to Dismiss Criminal Complaint, as shown above, is sustained.

Dated:   October 11, 2016          /s/ John T. Maughmer
                                                HONORABLE JOHN T. MAUGHMER
                                                United States Magistrate Judge
                                                Western District of Missouri