# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16-CR-00301-DGK-1 |
| | ) |
| KEITH L. CARNES, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On April 24, 2018, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 for a determination of the mental competency of the Defendant to stand trial. That motion was granted and, prior to holding a hearing to determine the mental competency of the Defendant, the Court entered its Order pursuant to 18 U.S.C. § 4241(b) directing that a psychological or psychiatric examination of the Defendant be conducted and that a psychological or psychiatric report be filed with the Court pursuant to 18 U.S.C. § 4247(b) and (c).

A competency hearing was held before Magistrate Judge John T. Maughmer on September 12, 2018. At the hearing, the parties stipulated that the Court could consider the forensic psychological report of Allissa Marquez, Ph.D., and Tracy O'Connor-Pennuto, Ph.D., which concluded Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. On September 17, 2018, Judge Maughmer entered a "Report and Recommendation" that Defendant be declared competent to stand trial. No objection was filed by either party.

After an independent, de novo review of the record and applicable law, the Court

ADOPTS the Report and Recommendation of Judge Maughmer in its entirety, and finds

Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 24, 2018, and the date of this Order is excluded in computing the time within which the trial of this criminal action must commence. It is further

ORDERED that this case is placed on the joint criminal jury trial docket commencing on October 29, 2018.

**IT IS SO ORDERED.**

Date: October 2, 2018                                      /s/ Greg Kays
                                                                                    GREG KAYS, CHIEF JUDGE
                                                                                   UNITED STATES DISTRICT COURT