# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-00301-01-CR-W-DGK |
| KEITH L. CARNES, | |
| Defendant. | |

## UNITED STATES' NOTICE OF IMPEACHMENT

Comes now the United States of America and hereby notifies Defendant of its intention to offer into evidence the following prior convictions for purposes of impeachment, pursuant to Federal Rule of Evidence 609, should the defendant testify in the above matter:

- **Defendant Keith L. Carnes was convicted and sentenced on or about April 4, 2014, in Jackson County, State of Missouri Circuit Court, Case No. 1316-CR00746-01, for two felony counts of assault in the second degree. Certified copies of conviction records and Missouri Department of Corrections records were provided to the defense and marked in discovery as CARN_0294-02107 and CARN_02848-02853.**

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By  /s/William A. Alford III

    William A. Alford III
    Assistant United States Attorney
    Violent Crime & Drug Trafficking Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Suite 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 3, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            /s/William A. Alford III
                                            William A. Alford III
                                            Assistant United States Attorney

2

Case 4:16-cr-00301-DGK    Document 61    Filed 10/03/19    Page 2 of 2