UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 EAST 9TH STREET, ROOM 7662
KANSAS CITY, MISSOURI 64106

JOHN T. MAUGHMER (816)512-5745
MAGISTRATE JUDGE FAX (816)512-5758

October 10, 2019

Hon. Beth Phillips
Chief District Judge
United States District Court
7452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: October 28, 2019, Joint Criminal Jury Trial Docket

Dear Chief Judge Phillips:

Judges Counts, Rush, Epps and I have completed pretrial conferences for those cases presently scheduled for the October 28, 2019, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend that these cases be scheduled and assigned for trial.

### WEEK OF OCTOBER 28, 2019

#### KANSAS CITY

No cases.

#### SPRINGFIELD

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 17-03090-01-CR-S-BP | Mario Barraza<br>BOND<br>Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m.<br>Speedy Trial: 12/6/2019 | Ketchmark | 2 days<br>10/28 (Mon.) |

## JEFFERSON CITY

| 18-04049-01-CR-C-SRB | Sam Haley<br>CUSTODY | Wimes | 2 days<br>10/28 (Mon.) |

Notes: **Attorneys/Defendant must be present at 8:00 a.m.**
Jury Selection at 9:00 a.m.
Speedy trial: 1/2/2020

## WEEK OF NOVEMBER 4, 2019

### KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/<br>TRIAL DATE |
|---|---|---|---|
| 16-00301-01-CR-W-DGK | Keith L. Carnes<br>CUSTODY | Kays | 4 days<br>11/4 (Mon.) |

Notes: **Attorneys/Defendant must be present at 8:00 a.m.**
Jury Selection at 9:00 a.m.
Speedy trial: 12/17/2019

| 17-00112-01-CR-W-BP | Matias Isaac Rodriguez<br>CUSTODY | Phillips | 2-3 days<br>11/4 (Mon.) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.
Speedy trial: 1/17/2020

### SPRINGFIELD

| 18-03094-01-CR-S-MDH | Douglas A. Richardson<br>BOND | Harpool | 6 days<br>11/4 (Mon.) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.
Speedy trial: 1/6/20

| | | | |
|---|---|---|---|
| 18-05039-01-CR-SW-BP | Ty Cole Kitchingham<br>CUSTODY | Ketchmark | 2 days<br>11/4 (Mon.) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m.<br>Speedy trial: 1/6/2020 | | |
| 18-03047-01-CR-S-MDH | Evan A. Stott<br>BENCH TRIAL | Harpool | 1 day* |
| | *To be set off docket by Judge Harpool | | |

## JEFFERSON CITY

| | | | |
|---|---|---|---|
| 19-04006-01-CR-C-SRB | Ronald Brown<br>CUSTODY | Bough | 3 days<br>11/4 (Mon.) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m.<br>Speedy trial: 12/10/2019 | | |
| 17-04106-01-CR-C-SRB | Leonard Wilson<br>BOND | Bough | 2-3 days<br>11/7 (Thur.) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m.<br>Speedy trial: 1/6/2020 | | |

If you have any questions, please contact me at your convenience.

Very truly yours,
*/s/ John T. Maughmer*
JOHN T. MAUGHMER
United States Magistrate Judge

cc via e-mail:

| | | |
|---|---|---|
| Honorable Beth Phillips | Honorable David P. Rush | Ms. Jane Behrens |
| Honorable Brian Wimes | Honorable Willie J. Epps, Jr. | Ms. Shayla Brensdal |
| Honorable M. Douglas Harpool | Honorable Lajuana M. Counts | Mr. Jeff Valenti |
| Honorable Stephen R. Bough | Honorable Robert E. Larsen | Pretrial Services |
| Honorable Roseann A. Ketchmark | Honorable Sarah W. Hays | Probation |
| Honorable Howard F. Sachs | Ms. Paige Wymore-Wynn | United States Marshal |
| Honorable Dean Whipple | Mr. Randall Henderson | Judicial Assistants |

| | | |
|---|---|---|
| Honorable Ortrie D. Smith | Ms. Laura Bax | Courtroom Deputies |
| Honorable Fernando J. Gaitan, Jr. | Ms. Robin Jones | Ms. Kathy Calvert |
| Honorable Gary A. Fenner | Mr. Elvia Farley | Ms. Karen Graves |
| Honorable Nanette K. Laughrey | Mr. Steve Burch | Ms. Elizabeth Martin |
| Honorable John T. Maughmer | Ms. Carrie James | Ms. Stacy O'Connor |