# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-00301-CR-W-DGK |
| KEITH L. CARNES, | |
| Defendant. | |

## GOVERNMENT'S FIRST AMENDED WITNESS LIST

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Allison Bennet, Crime Scene Technician
   Kansas City, Missouri Police Department

2. Nicole Blackwell
   Bloodstain Pattern Analysis Technical Leader
   Kansas City, Missouri Police Department
   Kansas City Police Crime Laboratory

3. Jernisha Cann, Officer
   Kansas City, Missouri Police Department

4. Laura Easley (Smith), Officer
   Kansas City, Missouri Police Department

5. Chad Elliot, Officer
   Kansas City, Missouri Police Department

6. Shawna Hawkins
   Senior Criminalist/DNA Analyst – Biology Section
   Kansas City, Missouri Police Department
   Kansas City Police Crime Laboratory

7. Jack Jensen, Laboratory Director
   Research Medical Center
   Kansas City, Missouri

8. Mike Jones (former Detective, Kansas City, Missouri Police Department)
   Liberty, Missouri

9. David Kissee, Detective
   Kansas City, Missouri Police Department

10. Tyree Koerner, Special Agent
    Bureau of Alcohol, Tobacco, Firearms and Explosives

11. Alexis Lalli
    Technical Leader - Firearms
    Kansas City, Missouri Police Department
    Kansas City, Police Crime Laboratory

12. Matthew T. Lewis
    Lee's Summit, Missouri

13. Michael Livers, Officer
    Kansas City, Missouri Police Department

14. Brittani L. May
    Kansas City, Missouri

15. Kristen McCannon
    Forensic Specialist – Chemist
    Kansas City, Missouri Police Department
    Kansas City, Police Crime Laboratory

16. Robert Millier, Special Agent
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    Kansas City, Missouri

17. Daniel Morrow, Officer
    Kansas City, Missouri Police Department

18. Lori Nelson, Crime Scene Technician
    Kansas City, Missouri Police Department

19. Terrence Owens
    Kansas City, Missouri Police Department

20. James H. Payne, Special Agent
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    San Antonio, Texas

21. James Payton, Officer (retired)
    Kansas City, Missouri Police Department

22. John Randle, Detective
    Kansas City, Missouri Police Department

23. Romell Richardson, Officer
    Kansas City, Missouri Police Department

24. Aaron Riley, Detective
    Kansas City, Missouri Police Department

25. Frank Rorabaugh, Detective
    Kansas City, Missouri Police Department

26. Steve Sandusky, Sergeant (retired)
    Kansas City, Missouri Police Department
    Kansas City, Missouri

27. Dale Secor, Officer
    Kansas City, Missouri Police Department

28. Benjamin Simmons
    Kansas City, Missouri Police Department

29. Marc Smith
    Kansas City, Missouri

30. Sarah Strickland, Corrections Records officer I,
    Gulton Reception-Diagnostic Center
    Fulton, Missouri

31. Terrence Walls
    Olathe, Kansas

32. Deandre Williams
    Kansas City, Missouri

33. Edward Williams, Officer
    Kansas City, Missouri Police Department

    Respectfully submitted,

    Timothy A. Garrison
    United States Attorney

By /s/ William A. Alford III

    William A. Alford III
    Assistant United States Attorney
    Violent Crime & Drug Trafficking Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 23, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ William A. Alford III
William A. Alford III
Assistant United States Attorney

4