IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>) Case No. 16-CR-00301-01-CR-W-DGK<br>vs. )<br>)<br>KEITH L. CARNES, )<br>      Defendant. ) | |

## EXHIBIT LIST

COMES NOW, the Defendant, Keith L. Carnes through counsel, Jonathan D. Truesdale, Esq. and hereby files his list of exhibits in the above-entitled cause.

1) Photo line-up/array – Kansas City, Missouri Police Department 09/24/2016

2) Medical Records from Research Medical Center – Kansas City, Missouri

Respectfully Submitted,

/s/ Jonathan D. Truesdale
Jonathan D. Truesdale
104 West 9th Street, Suite 401
Kansas City, MO 64105
(816) 394-9105 - Phone
(410) 905-5463 - Cell:
(816) 817-3368 – Fax
jdtrueslaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 28, 2019, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic deliver to all Counsel of record.

> William A. Alford, III
> Assistant United States Attorney
> Violent Crime and Drug Trafficking Unit
> Charles Evans Whittaker Courthouse
> 400 East 9th Street, Room 5510
> Kansas City, MO 64106
> Telephone: (816) 426-3122
>
> Sean Foley
> Special Assistant United States Attorney
> Violent Crime and Drug Trafficking Unit
> Charles Evans Whittaker Courthouse
> 400 East 9th Street, Room 5510
> Kansas City, MO 64106
> Telephone: (816) 426-4291

> /s/ Jonathan D. Truesdale
> Jonathan D. Truesdale

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                              Case No. 16-00301-01-CR-W-DGK

KEITH L. CARNES,

                Defendant.

## EXHIBITS

| | | |
|---|---|---|
| ✓ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | BATES NUMBER | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Photo line-up/array - Kansas City, MO Police Dept. 09/24/2016 |
| 2 | | | | Medical Records - Research Medical Center - Kansas City, MO |

_____

    I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

_____
PRINTED NAME
_____
SIGNATURE