IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 16-00301-01-CR-W-DGK |
| v. | ) Date: November 6, 2019 |
| KEITH L. CARNES, | ) |
| Defendant. | ) |

MINUTES OF TRIAL

HONORABLE GREG KAYS presiding at Kansas City, Missouri.
==================================================================

Nature of Proceeding: Criminal Jury Trial - Day 3
Time Commenced: 8:38 a.m.     Time Terminated: 2:06 p.m.

**Plaintiff by**:                    **Defendant by:**
Trey Alford, AUSA                Jonathan Truesdale
Sean Foley, AUSA

| Remarks: | Witnesses Testifying |
|---|---|
| 8:38 a.m. Pretrial conference held. 8:42 a.m. Break. 8:58 a.m. Government rests. Defendant moves for judgment of acquittal at close of all evidence. Motion is denied. 8:58 a.m. Keith Carnes – Direct. 9:23 a.m. Cross. 9:57 a.m Redirect. 10:07 a.m. Break. 10:23 a.m. Redirect continued. 10:27 a.m. Break. 10:36 a.m. Defendant rests. 10:37 a.m. Tyree Koerner – Direct. 10:47 a.m. Cross. 10:52 a.m. Jury lunch break. Instructed to return at noon. 10:52 a.m. Break. 11:18 a.m. Jury instruction conference held. 11:40 a.m. Break. 12:06 p.m. In session. Jury instructions read. 12:26 p.m. Government's closing statement. 12:41 p.m. Defendant's closing statement. 12:53 p.m. Government's rebuttal closing statement. 1:03 p.m. Deliberation Jury Instructions read. 1:08 p.m. Alternates released. 1:40 p.m. Jury note. 2:02 p.m. Jury returns to the courtroom. Foreperson advises they have a verdict. Guilty, Counts 1, 2, and 3. Jury polled. Verdict is accepted and defendant is adjudged not guilty. Defendant remanded to custody of the U.S. Marshals. Jury released from duty. | Keith Carnes 8:58 – 10:27 a.m.<br><br>Tyree Koerner 10:37 – 10:48 a.m. |

Date/Time Government Rested: 11/6/19 8:58 a.m.     Date/Time Defendant Rested: 11/6/19 10:36 a.m.

Court Reporter: Judy Moore                                    Courtroom Deputy: Tracy Strodtman