## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,           )
                                     )
            Plaintiff,               )
                                     )
    v.                               )      No. 4:16-CR-00301-DGK-1
                                     )
KEITH L. CARNES,                     )
                                     )
            Defendant.               )

### VERDICT FORM

### VERDICT

### COUNT ONE

We, the jury, find the defendant, Keith L. Carnes, _____GUILTY_____

                                                  ***(Guilty/Not Guilty)***

of the crime of being a Felon in Possession of a Firearm as charged in Count One of the Indictment

under Instruction No. 21.

_11 - 6 - 19_
DATE

_____
FOREPERSON

36

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,    )
                                )
        Plaintiff,           )
                                )
        v.                 )     No. 4:16-CR-00301-DGK-1
                                )
KEITH L. CARNES,         )
                                )
        Defendant.     )

## VERDICT FORM

## VERDICT

## COUNT TWO

We, the jury, find the defendant, Keith L. Carnes, _____*Guilty*_____

**(Guilty/Not Guilty)**

of the crime of Being an Unlawful User of a Controlled Substance in Possession of a Firearm as

charged in Count Two of the Indictment under Instruction No. 22.

_____11-6-19_____
DATE

_____*Larry Marshall*_____
FOREPERSON

37

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,    )
                          )

      Plaintiff,       )
                           )

      v.            )      No. 4:16-CR-00301-DGK-1
                           )

KEITH L. CARNES,      )
                           )

      Defendant.     )

## VERDICT FORM

## VERDICT

## COUNT THREE

We, the jury, find the defendant, Keith L. Carnes, _____ *GUILTY* _____

*(Guilty/Not Guilty)*

of the crime Unlawful User of a Controlled Substance in Possession of a Firearm as charged in

Count Three of the Indictment under Jury Instruction No. 23.


_11-6-19_

———————————
DATE

*Larry Marshall*

———————————————————
FOREPERSON

38