# INSTRUCTION NO. A

If the defendant committed the crime of possession of a firearm by a felon only because he reasonably feared that immediate, serious bodily harm would be inflicted upon him or another person, if he did not possess the firearm, and if the defendant had no reasonable opportunity to avoid that harm, he acted under duress.

Duress is a complete defense to the crime of possession of a firearm by a felon.

SOURCE: Eighth Circuit Manual of Model Jury Instructions (Criminal), (2017) No. 9.02 (modified)
Defendant's Instruction No. 3

# INSTRUCTION NO. 

If a person reasonably believes that possession of a firearm is necessary to protect himself or another person from what he reasonably believes to be unlawful physical harm about to be inflicted by another, then he acted in self-defense or defense of another person.

SOURCE: <u>Eighth Circuit Manual of Model Jury Instructions</u> (Criminal), (2017) No. 9.04 (modified)
Defendant's Instruction No. 4