IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 16-00301-01-CR-W-DGK

KEITH L. CARNES,

        Defendant.

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America and files the attached list of exhibits which the Government may offer at the sentencing hearing in this matter.

        Respectfully submitted,

        Timothy A. Garrison
        United States Attorney

By    */s/William A. Alford III*
        William A. Alford III
        Assistant United States Attorney
        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Room 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 29, 2020 to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        */s/William A. Alford III*
        William A. Alford III
        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                              Case No. 16-00301-01-CR-W-DGK

KEITH L. CARNES,

                Defendant.

## E X H I B I T S

| | | |
|---|---|---|
| ‗ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | CoreCivic Incident Report Re Keith Carnes's Assault on Corrections Officer Bell, July 31, 2019 |
| 2 | | | | Restitution documentation from Victim T.W. |
| 3 | | | | Video of Keith Carnes Assault on Corrections Officer Bell, July 29, 2019 |
| 4 | | | | Victim Impact Statement – Victim K.M. |
| 5 | | | | Victim Impact Statement – Victim J.M. |

       I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

                                          _____
                                          PRINTED NAME

                                          _____
                                          SIGNATURE